J. RUSSELL CUNNINGHAM, State Bar #130578
ERIC R. GASSMAN, State Bar #260693
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J. Michael Hopper
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

MICHAEL CHISSIE, and
ELIZABETH CHISSIE

Debtors.

Case No. 09-29465-D-7
Chapter 7

DCN: DNL-4

Date: May 26, 2010
Time: 10:00 a.m.
Place: Courtroom 34
501 "I" Street, 6th Floor
Sacramento, CA 95814

## MOTION TO APPROVE SALE OF NON-EXEMPT EQUITY IN DEBTORS' PERSONAL RESIDENCE

Chapter 7 trustee J. MICHAEL HOPPER ("Trustee") hereby moves for an order approving the sale of the estate's interest in non-exempt equity in the debtors' personal residence, commonly known as 2030 Patricia Drive, Yuba City, California, Sutter Count AP# 56-040-009 ("2030 Patricia Drive"), to the debtors MICHAEL CHISSIE and ELIZABETH CHISSIE for $20,500 good funds. In support of thereof, it is respectfully represented that:

1. This case was commenced by the filing of a voluntary Chapter 7 petition by the debtors on May 12, 2009.

1

2. Trustee is the duly appointed Chapter 7 trustee.

3. Among the property of the estate is the debtors' residence, a single family home, to wit 2030 Patricia Drive. The debtors claimed and have been allowed a $75,000 homestead exemption in 2030 Patricia Drive.

4. On October 6, 2009, the bankruptcy court granted DNL-3, Trustee's application to employ C-21 Select Real Estate to list and sell 2030 Patricia Drive for a 6% commission. Despite substantial time and effort invested by C-21 Select Real Estate, at least 2 sales have fallen through because 2030 Patricia Drive does not have a functioning heating system, the lenders for the prospective buyers require same, and the estate does not have available funds to remedy the problem. The last failed transaction was for $113,900, would have generated a commission to C-21 Select Real Estate of $6,834, a $75,000 homestead distribution to the debtors, and, after credits and allowance (including a new heating system), the estate expected to net about $15,000.

5. Subject to bankruptcy court approval and overbidding, Trustee and the debtors have entered into a stipulation for purchase of the estate's interest in the non-exempt equity in 2030 Patricia Drive.

6. The purchase price shall be $20,500 good funds, payable within 48 hours of bankruptcy court approval.

7. Trustee shall convey title by quit claim deed.

8. The debtors shall pay all costs of sale, including transfer tax.

9. C-21 Select Real Estate has agreed to accept $6,000 as its commission for this transaction, thereby netting the estate $14,500.

10. Approving the sale is in the best interests of the estate because the net is about the same as what would have come from a third-party sale, but for the problem related to the heating system.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further

///

///

1 | relief as is necessary and proper.
2 | Dated: April ___, 2010                    **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: _____
**J. RUSSELL CUNNINGHAM**
Attorneys for J. Michael Hopper,
Chapter 7 Trustee

3